COMPLAINT

FILED
2:25 pm, Sep 03, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

(PLAINTIVE)
STEVEN BOWERS
    VS                              CAUSE NO. 3:20-cv-205-RLY-MPB

(DEFENDANTS)
INDIANA DEPARTMENT OF CORRECTION
SGT Feller
Sheriff DAVID WEDDING

A.) PARTIES

1.) PLAINTIFF is a citizen of INDIANA, and is located at 3500 N. HARLEN AVENUE EVANSVILLE, IN 47711

2.) DEFENDANTS

1) INDIANA Department of correction, 302 Washington Street INDIANAPOLIS, IN 46204

2) SHERIFF DAVID WEDDING, 3500 N HARLEN AVENUE, EVANSVILLE, IN 47711

3.) SARGENT Feller, 3500 N. HARLEN AVENUE EVANSVILLE, IN 47711

B.) STATEMENT OF CLAIM

On or about the 7th of July, 2020 I the Plaintiff; Steven W. Bowers Requested that the Vanderburgh County Jail supply me with a Kosher meal that meets (Kashrut Law) This is the law that Determines the standard for Kosher Food/Diets. About a week later they placed me on a Carb Low diet (Not Kosher) They just labeled it Kosher. This Jail Does not have a Kosher kitchen or Kosher Oven utensils, etc. Twelve Forks? There is no way to provide a Kosher meal without cross contaminating Kosher Food with unKosher Food. Sgt Feller just instructs the kitchen to write a Kosher label.

I Am Sentenced to the Department of Corrections. I have wrote them, the Sheriff David Wedding and Sgt Feller that I require a Kosher meal But I still am not receiving a full clean Kosher meal. They have no Kosher Kitchen or (no) way to provide a Kosher meal.

On about the 25th of July I spoke to Sgt Feller in the DOT Room of A-3. I asked him to have me sent to prison (on) a D.O.C. Hold since this is not a D.O.C. Holding facility and I have and am sentenced to I.D.O.C. Sgt Feller told me AND (I have included a witness statement) that because of my Jewish religion I would stay in the Vanderburgh County Jail Which is not a D.O.C. Hold over. This is Discrimination.

COMPLAINT

I wrote the D.O.C. at 302 Washington Street in Indianapolis, IN and informed them that I am Jewish, not receiving a KOSHER meal, and sentenced to the Indiana Department of Correction. I also wrote Sheriff David Wedding on the kiosk.

This place is not capable of providing a kosher meal on extended sentences. I have been to Putnamville Correctional Institute 3 times because of my kosher diet. Why am I not being housed where I can have a kosher meal.

I am not receiving a kosher meal that meets KASHRUTH law. I am being held and discriminated against because my Jewish religion.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
     OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I AM NOW REQUESTING THAT I BE MOVED TO A PRISON/JAIL FACILITY THAT HAS A KOSHER KITCHEN. I AM REQUESTING THAT VANDERBURGH COUNTY JAIL BUILDS A KOSHER KITCHEN. I AM REQUESTING $350,000 dollars in U.S. currency for RELIEF

E.  **JURY DEMAND**

☑ Jury Demand - I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 2 8 day of August 2020.

Respectfully Submitted,

_____
Signature of Plaintiff

970638
Plaintiff's Prisoner ID Number

3500 N. Harlen Avenue
Evansville, IN 47711
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.