UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| STEVEN BOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:20-cv-00205-RLY-MPB |
| | ) |
| INDIANA DEPARTMENT OF CORRECTION, | ) |
| FELLER Sgt., | ) |
| DAVID WEDDING Sheriff, | ) |
| | ) |
| Defendants. | ) |

# FINAL JUDGMENT

The Court, having this day made its Entry directing the entry of final judgment, now enters FINAL JUDGMENT. This action is dismissed without prejudice.

Date:  6/14/2021

Roger A.G. Sharpe, Clerk of Court

By: _____
      Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

STEVEN BOWERS
970638
VANDERBURGH COUNTY DETENTION CENTER
VANDERBURGH COUNTY DETENTION CENTER
Inmate Mail/Parcels
3500 N. Harlan Ave.
Evansville, IN 47711

All Electronically Registered Counsel